UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LEVI,

         Plaintiff,     Civil Action No.: 10 CV 5466

  -against-

               **NOTICE OF VOLUNTARY
               DISMISSAL PURSUANT
               TO F.R.C.P. 41(A)(1)(a)(i)**

PENNCRO ASSOCIATES, INC.,

         Defendant(s).
-----------------------------------------------------------------X

  Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Gary Levi by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Penncro Associates with prejudice.

Dated: January 26, 2011
    New York, New York

For: **Gary Levi**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930


**SO ORDERED**

By:_____
Hon. _____ , USDJ