UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GARY LEVI,

                Plaintiff,

-against-

Civil Action No.: 10 CV 5466

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

PENNCRO ASSOCIATES, INC.,

                Defendant(s).
-----------------------------------------------------------X

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Gary Levi by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Penncro Associates with prejudice.

Dated: January 26, 2011
       New York, New York

For:  **Gary Levi**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

*Case closed*

**SO ORDERED**

By: _____
Hon. _____, USDJ

1/31/11